IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAQUAN GERALD WILLIAMS, | |
| Petitioner, | CIVIL ACTION |
| v. | NO. 16-1299 |
| THE DISTRICT ATTORNEY OF THE COUNTY OF LANCASTER, et al., | |
| Respondents. | |

FILED
JUL 10 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 9th day of July, 2018, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Doc. 1), Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 6), Respondent District Attorney of Lancaster County's Answer to Petition for Writ of Habeas Corpus (Doc. 13), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. 14), and Petitioner's Objections to the Report and Recommendation (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation (Doc. 14) is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus (Docs. 1 and 6) are **DENIED WITH PREJUDICE**; and
3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

*Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.D.J.